**DISMISS and Opinion Filed August 22, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00186-CV

**TATYANNA CORMIER, Appellant**
**V.**
**ALESIO GARDENS LP DBA ALESIO URBAN CENTER APPELLEE,**
**Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-07665-B**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Goldstein

Appellant's brief in this case is overdue. By postcard dated July 15, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

|  | /Bonnie Lee Goldstein/ |
| --- | --- |
|  | BONNIE LEE GOLDSTEIN |
| 240186F.P05 | JUSTICE |



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TATYANNA CORMIER, Appellant

No. 05-24-00186-CV        V.

ALESIO GARDENS LP DBA
ALESIO URBAN CENTER
APPELLEE, Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-23-07665-
B.
Opinion delivered by Justice
Goldstein. Justices Reichek and
Garcia participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered August 22, 2024